NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000502**
**10-OCT-2011**
**09:28 AM**

NO. CAAP-11-0000502

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE INTEREST OF AL

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-S NO. 09-005K)

ORDER GRANTING DEPARTMENT OF HUMAN SERVICES'
MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of Department of Human Services' (Appellee) Motion to Dismiss Appeal, the papers in support, and the records and files herein, it appears that: (1) Mother-Appellant, proceeding pro se, filed a notice of appeal on February 15, 2011 in the Family Court of the Third Circuit (family court), but she did not pay the filing fee or seek a waiver of the filing fee; (2) on June 29, 2011, the family court informed Appellant of the filing fee and that the appeal may be dismissed for failure to pay the filing fee or request a fee

waiver; (3) on September 15, 2011, Appellee filed this motion to dismiss the appeal due to Appellant's failure to pay the filing fee or seek a waiver of the fee; (4) Appellant did not respond to the motion to dismiss or oppose it; and (5) apart from filing the notice of appeal on February 15, 2011, Appellant has taken no further steps to prosecute her appeal. Therefore,

IT IS HEREBY ORDERED that the motion to dismiss appeal is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai‘i, October 10, 2011.

Chief Judge

Associate Judge

Associate Judge